# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN HELMS, et al., | : | CIVIL ACTION |
|     Plaintiffs | : | |
| | : | |
| vs. | : | NO. 15-5500 |
| | : | |
| MELVIN FISHBURN, | : | |
|     Defendant | : | |

## O R D E R

**AND NOW,** this 19th day of August, 2016, upon consideration of the defendant's motion to dismiss (Document #4), the plaintiffs' motion to strike the Offer of Judgment (Document #7), the plaintiffs' motion to strike the defendant's motion to dismiss (Document #9), and the responses thereto, IT IS HEREBY ORDERED that the motions are DENIED.

IT IS FURTHER ORDERED that the defendant's response in opposition to the plaintiffs' motions to strike (Document #11), inadvertently docketed as a motion, is DENIED for statistical purposes.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.